UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:07-CR-6 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| WILLIAM L. RIFFEY ) | |

**O R D E R**

On April 12, 2007, United States Magistrate Judge Susan K. Lee ("Judge Lee") filed a Report and Recommendation ("R&R") recommending (1) the Court permit defendant William L. Riffey ("Defendant") to withdraw his plea of not guilty to Counts One, Two, and Three of the Indictment; (2) the Court accept Defendant's plea of guilty on these counts; (3) the Court adjudicate Defendant guilty of the charges on these counts; (4) the Court defer a decision on whether to accept Defendant's plea agreement until sentencing; and (5) Defendant remain in custody until sentencing in this matter (Court File No. 18). Neither party has filed an objection to the R&R within the given ten days.

After reviewing the record, the Court agrees with Judge Lee's R&R. The Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 18) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

(1) Defendant's motion to withdraw his plea of not guilty to Counts One, Two, and Three of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One, Two, and Three of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Two, and Three of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**